United States District Court
Southern District of Texas
**ENTERED**
May 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:24-CV-00583 |
| NORTH ELLA INVESTMENTS INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed May 1, 2024, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, NORTH ELLA INVESTMENTS INC., be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on ___May 02, 2024___.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record